JOHN BURKE, Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE,

Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.